| | | | |
|---|---|---|---|
| Com. v. J.V.S. [39] .... | 12/28/2015 | 723 MAL (2015) | Denied | Pa.Super., 131 A.3d 96 |
| Com. v. Jett [40] ...... | 12/31/2015 | 576 MAL (2015) | Denied | Pa.Super., 122 A.3d 1147 |
| Com. v. Jones [41] .... | 12/31/2015 | 468 MAL (2015) | Denied | Pa.Super., 122 A.3d 1125 |
| Com. v. Jones [42] .... | 12/29/2015 | 763 MAL (2015) | Denied | Pa.Super., 131 A.3d 95 |
| Com. v. Lofton [43] ... | 02/01/2016 | 551 EAL (2015) | Denied | Pa.Super., 131 A.3d 98 |
| Com. v. Maitland [44] | 02/01/2016 | 766 MAL (2015) | Denied | Pa.Super., 131 A.3d 94 |
| Com. v. Martinez-Ocasio [45] ......... | 02/01/2016 | 512 MAL (2015) | Denied | Pa.Super., 121 A.3d 1137 |
| Com. v. Maynes [46] .. | 02/01/2016 | 525 EAL (2015) | Denied | Pa.Super., 131 A.3d 80 |
| Com. v. Mays [47] ...., | 12/30/2015 | 619 MAL (2015) | Denied | Pa.Super., 91 A.3d 1289 |
| Com. v. Mazzocco [48] | 02/01/2016 | 368 WAL (2015) | Denied | Pa.Super., 131 A.3d 91 |

**39.** Justice EAKIN did not participate in the decision of this matter.

**40.** Justice EAKIN did not participate in the decision of this matter.

**41.** Justice EAKIN did not participate in the decision of this matter.

**42.** Justice EAKIN did not participate in the decision of this matter.

**43.** Justice EAKIN did not participate in the consideration or decision of this matter.

**44.** Justice EAKIN did not participate in the decision of this matter; Justice DONOHUE did not participate in the consideration or decision of this matter.

**45.** Justice EAKIN did not participate in the decision of this matter.

**46.** Justice EAKIN did not participate in the consideration or decision of this matter.

**47.** Justice EAKIN did not participate in the decision of this matter.

**48.** Justice EAKIN did not participate in the consideration or decision of this matter.